Connecticut Local Form Order B315 (172)
Revised 05/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

   Sophia Steele

Case Number:  21-20266

Chapter:        13

   Debtor*

### ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a First Amended Chapter 13 Plan, on October 19, 2021 (ECF No. 68).  The First Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d).  The Court finds that the First Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's First Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $463.08 bi-weekly beginning on December 30, 2021, for a period of 60 months, and until a 100% dividend is paid; and it is further

**ORDERED:** In addition interest shall be paid, if applicable, as follows: (1) 0.22%, the Federal Judgment Rate, to creditors holding allowed unsecured non-tax claims; (2) 18% interest per annum to creditors holding priority and general unsecured, municipal tax claims; (3) 12% interest per annum to the State of Connecticut Department of Revenue Service's priority and general unsecured state tax claims; and, (4) 3% interest per annum to the Internal Revenue Service's priority and general unsecured, federal tax claims; and it is further

**ORDERED:** The student loans will be paid outside of the Plan; and it is further

**ORDERED:** The employer of Sophia Steele shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**

Options Unlimited, Inc.
Employee ID No. 1782
693 Bloomfield Avenue, 2nd Floor
Bloomfield, Connecticut 06002

**Mail Checks Payable to the Trustee to this Address**

Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the amount of $2,400.00 and expenses in the amount of $450.00, of which $2,850.00, has been paid, leaving $0.00 due  and payable through the Debtor's confirmed First Amended Plan.

Dated:  December 2, 2021

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.