UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SOPHIA STEELE | : CASE NO. 21-20266-JJT |
| | : August 8, 2022 |
| Debtor(s) | |

MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Section 1307(c) based on the deficiencies indicated below.

1. I reviewed the files and records of the office of the Standing Chapter 13 Trustee for the District of Connecticut made and kept in the usual and ordinary course of its business. The records on were made at or near the time of the events they record by someone with knowledge of the events they record.

2. I rely on those records in making the following statements.

3. The Court confirmed the Debtor's First Amended Plan (ECF No. 68, the "Plan") on December 2, 2021. The Debtor was ordered to remit $463.08 bi-weekly starting December 30, 2021 for a period of 60 months.

4. The Debtor is in default under the terms of the Plan. The Debtor should have paid a total of $15,231.28. To date, the Debtor is overdue in the amount of $3,366.77. Receipt schedule is attached.

5. The Trustee has received total payments of $11,864.51, including pre-confirmation payments. The last payment was received by the Trustee on August 04, 2022.

I declare under penalty of perjury that the information contained in the foregoing **numbered** paragraphs is true and correct. Executed on August 8, 2022.

6. The Debtor must also make payments under the Plan as they become due after today's date.

Wherefore, the Trustee requests that the court dismiss the case.

/s/Roberta Napolitano
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No. tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SOPHIA STEELE | : CASE NO. 21-20266-JJT |
| | : August 8, 2022 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss Case and proposed Order

2. **Parties Served Via First Class Mail:**
   Debtor:
   SOPHIA STEELE
   2603 MAIN STREET
   2ND FLOOR
   HARTFORD, CT 06120

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  ALFRED J. ZULLO, ESQ.
   Email: azullo@zulloandjacks.com

   Office of the United States Trustee, Kim McCabe, Assistant United States Trustee, Email: ustpregion02.nh.ecf@usdoj.gov

   /s/Roberta Napolitano
   Roberta Napolitano
   Chapter 13 Standing Trustee
   10 Columbus Blvd., 6th Floor
   Hartford, CT 06106
   Tel: (860) 278-9410
   Email: rnapolitano@ch13rn.com
   Federal Bar No. tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
SOPHIA STEELE : CASE NO. 21-20266-JJT
:
    Debtor(s)

PROPOSED ORDER DISMISSING CASE UNDER CHAPTER 13

    A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. Section 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. Section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

**Receipts and Refunds**  **Case Number:** 2120266
through 08/08/2022  **Debtor:** STEELE, SOPHIA

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out |
|---|---|---|---|---|---|---|
| 08/04/2022 | 08/2022 | Receipt | WAGE | 80497 | 331.75 | 0.00 |
| 07/21/2022 | 07/2022 | Receipt | WAGE | 63331 | 381.29 | 0.00 |
| 07/12/2022 | 07/2022 | Receipt | WAGE | 45105 | 472.94 | 0.00 |
| 06/23/2022 | 06/2022 | Receipt | WAGE | 32703 | 298.43 | 0.00 |
| 06/09/2022 | 06/2022 | Receipt | WAGE | 14683 | 283.04 | 0.00 |
| 05/27/2022 | 05/2022 | Receipt | WAGE | 94145 | 304.25 | 0.00 |
| 05/16/2022 | 05/2022 | Receipt | WAGE | 76586 | 338.42 | 0.00 |
| 05/02/2022 | 05/2022 | Receipt | WAGE | 59429 | 227.11 | 0.00 |
| 04/18/2022 | 04/2022 | Receipt | WAGE | 42083 | 252.40 | 0.00 |
| 04/04/2022 | 04/2022 | Receipt | WAGE | 25154 | 210.77 | 0.00 |
| 03/18/2022 | 03/2022 | Receipt | WAGE | 06935 | 181.71 | 0.00 |
| 03/07/2022 | 03/2022 | Receipt | WAGE | 94911 | 165.77 | 0.00 |
| 02/22/2022 | 02/2022 | Receipt | WAGE | 78570 | 218.31 | 0.00 |
| 01/24/2022 | 01/2022 | Receipt | WAGE | 49047 | 376.32 | 0.00 |
| 11/22/2021 | 11/2021 | Receipt | Money Order | 27701539064 | 1,000.00 | 0.00 |
| 11/22/2021 | 11/2021 | Receipt | Money Order | 27701539075 | 5.00 | 0.00 |
| 10/18/2021 | 10/2021 | Receipt | Money Order | 27353428378 | 974.00 | 0.00 |
| 09/17/2021 | 09/2021 | Receipt | Cashier Check | 763901 | 974.00 | 0.00 |
| 08/23/2021 | 08/2021 | Receipt | Cashier Check | 763073 | 974.00 | 0.00 |
| 07/19/2021 | 07/2021 | Receipt | Cashier Check | 62141 | 974.00 | 0.00 |
| 06/15/2021 | 06/2021 | Receipt | Cashier Check | 761209 | 974.00 | 0.00 |
| 05/14/2021 | 05/2021 | Receipt | Cashier Check | 760447 | 974.00 | 0.00 |
| 04/12/2021 | 04/2021 | Receipt | Cashier Check | 759172 | 973.00 | 0.00 |
| **Paid This Period: 11,864.51** | | | | | **11,864.51** | **0.00** |