UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SOPHIA L. STEELE ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | CASE NO.: 21-20266 |
| ) | |
| ) | AUGUST 17, 2022 |
| ) | |

## OBJECTION TO MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

The Debtor hereby objects to the Trustee's Motion to Dismiss Case for Failure to Make Plan Payments dated August 8, 2022. The Debtor indicates that her paycheck has been garnished each and every week since the confirmation of the plan.

THE DEBTOR

By:/s/ Alfred J. Zullo, Esquire
ALFRED J. ZULLO, Her Attorney
The Law Offices of Zullo, Zullo
& Jacks, LLC
83 Main Street
P.O. Box 120748
East Haven, CT 06512
Tele: (203) 467-1411

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SOPHIA L. STEELE | ) CHAPTER 13 |
| | ) |
| DEBTOR | ) CASE NO.: 21-20266 |
| | ) |
| | ) AUGUST 17, 2022 |
| | ) |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of 17TH day of August, 2022, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

    1. Objection to Motion to Dismiss Case for Failure to Make Plan Payments.

2. Parties Served Via First Class Mail:

Sophia Steele
2603 Main Street
2nd Floor
Hartford, CT 01620

3. Served Electronically:

Patricia Crook, Esquire
pcrook@ch13rn.com

Roberta Napolitano, Trustee
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

OFFICE OF THE UNITED STATES TRUSTEE:
USTPRegion02.NH.ECF@USDOJ.GOV.

/s/ Alfred J. Zullo, Esquire
Alfred J. Zullo, Esquire
Attorney for the Movant